UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AUGUST PITTIUS,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTRY CLUB SERVICES, INC., and JOSEPH HUGHES, individually,<br><br>    Defendant. | JOINT STIPULATION OF DISMISSAL WITH PREJUDICE<br><br>Case No. 3:17-cv-04940-MAS-DEA |

This matter, having been amicably resolved between the parties, it is hereby stipulated that all claims, in the above-captioned matter brought by Plaintiff AUGUST PITTIUS, against Defendants, CSL SERVICES, INC. ("CSL") and BRUCE COHEN, individually, are dismissed with prejudice and without costs. The Court, however, retains jurisdiction to implement and enforce the settlement and its terms, and the Parties submit to the jurisdiction of the Court for purposes of implementing and enforcing the Settlement for a period of 60 days.

Dated: September 13, 2017

Respectfully submitted,

s/Gregory F. Kotchick
Gregory F. Kotchick, Esq.
Durkin & Durkin, LLC
1120 Bloomfield Avenue
PO Box 1289
West Caldwell, NJ 07007
Phone (973) 244-9969
Fax (973) 244-9955
GKotchick@durkinlawfirm.com
Attorneys for Defendants

/s Jodi J. Jaffe
Jodi J. Jaffe, Esq.
JAFFE GLENN LAW GROUP, P.A.
301 North Harrison Street
Suite 9F, #306
Princeton, New Jersey 08648
Telephone: (201) 687-9977
Facsimile: (201) 595-0308
Email: JJaffe@JaffeGlenn.com
Attorneys for Plaintiff

1

So Ordered this 15th day of September, 2017

Hon. Michael Shipp, USDJ